IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICHOLE MCCANN<br>Plaintiff,<br><br>v.<br><br>WALMART INC., ET AL<br>Defendants. | CIVIL ACTION<br><br>NO. 2:18-cv-05611-MSG<br><br>JURY TRIAL DEMANDED<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The matter in difference in the above-entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed, without costs against either party, with prejudice.

**VAN DER VEEN, O'NEIL
HARTSHORN & LEVIN**

By: _____
Michael T. Van Der Veen, Esquire
*Attorneys for Plaintiff*

Dated: 10/31/19

**McDONNELL & ASSOCIATES, P.C.**

By: _____
Barkha Patel, Esquire
*Attorneys for Defendants*

Dated: 11/1/2019


Approved  11/1/19

_____
Mitchell S. Goldberg, J.